UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIKE LAUER, *et al.*, <br>    *Plaintiff*, <br> <br> vs. <br> <br> CUSTOM FLOOR TECHS, INC., and ACEY W. BYRD, <br>    *Defendants*. | 1:09-cv-00983-JMS-TAB |

## **ORDER**

The corporate form provides shareholders with many important benefits, most importantly, limited liability in most civil actions. But with those benefits come burdens—including the burden of requiring the corporation to obtain counsel whenever it sues or is sued in federal court. *Old Ben Coal Co. v. OWCP*, 476 F.3d 418, 419 (7th Cir. 2007) (citations omitted).

Here Defendant Custom Floor Techs, Inc., has filed what purports to be its answer to the Complaint in this action. [Dkt. 15.] That answer was, however, signed by the Defendant's owner, who is not an attorney. Because the purported answer was not signed by an attorney, it is ineffective. The Clerk is directed to **STRIKE** it, [dkt. 15], from the docket.

Given the age of this action, Defendant Custom Floor Techs, Inc., has already had ample opportunity to locate counsel. Nonetheless, because the Court prefers to resolve actions on the merits than by default, the Court will provide Defendant Custom Floor Techs, Inc., with **ten days** from today's date in which to file an answer—signed by counsel. If it fails to do so within the time provided, it is subject to default.

The Court notes as well that mail to Defendant Custom Floor Techs, Inc., has recently been returning as undeliverable. [*E.g.* dkt. 36.] While the Clerk will send this Order to the only address of record that Defendant Custom Floor Techs, Inc., has provided, Plaintiff's counsel is

ordered to forward this Order to Defendant Custom Floor Techs, Inc., if counsel is aware of a more current address for the Defendant.

04/29/2011

*Hon. Jane Magnus-Stinson, Judge*
*United States District Court*
*Southern District of Indiana*

**Distribution via U.S. Mail:**

CUSTOM FLOOR TECHS, INC.
1761 N. Sherman Dr., Ste. L
Indianapolis, IN 46218

ACEY W. BYRD
c/o Custom Floor Techs
1761 N. Sherman Dr., Ste. L
Indianapolis, IN 46218

**Distribution via ECF only:**
Paul T. Berkowitz
PAUL T. BERKOWITZ & ASSOCIATES, LTD.
paul@ptblaw.com

Thomas Edward Moss
PAUL T. BERKOWITZ & ASSOCIATES
info@ptblaw.com